IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FRANK SANCHEZ,<br><br>        Petitioner,<br><br>  v.<br><br>A. A. LAMARQUE, Warden,<br><br>        Respondent.<br>_____/ | No. C 03-00037 SI<br><br>**ORDER RE: EXHAUSTION OF PETITIONER'S CLAIM CONCERNING GUILTY PLEA** |

In a memorandum disposition filed December 14, 2005, the Ninth Circuit vacated this Court's August 17, 2004 Order Denying Petitioner's Petition for Writ of Habeas Corpus, and remanded for further proceedings. The Ninth Circuit's memorandum disposition states that petitioner's claim that his guilty plea was not knowingly and voluntarily made was not exhausted in state court proceedings, and that it is unclear from the record whether the state expressly waived the exhaustion requirement. The Ninth Circuit vacated the Court's August 17, 2004 Order, and remanded for further proceedings consistent with *Cassett v. Stewart*, 406 F.3d 614 (9th Cir. 2005), which establishes the appropriate standard of review of unexhausted claims under the AEDPA.

Following remand, the Court conferred with the parties on further proceedings in this case. Counsel informed the Court that, after a review of the record, it was determined that petitioner's claim concerning his guilty plea was exhausted in state court proceedings. The parties have signed a stipulation setting forth the relevant facts regarding exhaustion, and attaching relevant portions of the record. The parties' stipulation and attached exhibits are attached and incorporated in this Order.

Accordingly, in light of the fact that petitioner's claim regarding his guilty plea has been exhausted, there is no need for further proceedings in this Court. The Court shall enter a new Judgment

to allow petitioner to seek review of the Court's August 17, 2004 Order.

**IT IS SO ORDERED.**

Dated:   June 5, 2006

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California