1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8

ROBERT FRANK SANCHEZ,                    No. C 03-00037 SI

9

　　　　　　　Petitioner,              **JUDGMENT**

10

　v.

11

A. A. LAMARQUE, Warden,

12

　　　　　　　Respondent.

13

　　　　　　　　　　　　　　　　　　　/

14

　　　The petition of Robert Frank Sanchez for a writ of habeas corpus has been denied by Order filed

15

August 17, 2004.  Judgment is re-entered accordingly.

16

　　　**IT IS SO ORDERED AND ADJUDGED.**

17

Dated:  June 5, 2006

18

_____
SUSAN ILLSTON
United States District Judge

19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California