IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT FRANK SANCHEZ,**<br><br>Petitioner,<br><br>v.<br><br>**DERRAL G. ADAMS, Warden,**<br><br>Respondent. | No. C-03-0037- SI<br><br>**ORDER GRANTING PETITION FOR HABEAS CORPUS** |

THIS MATTER COMING BEFORE THE COURT ON STIPULATION OF THE PARTIES following remand from the Ninth Circuit Court of Appeals, No 06-16257, and the court being fully advised,

IT IS HEREBY ORDERED that the petition of Robert Sanchez for a writ of habeas corpus is hereby GRANTED.

IT IS FURTHER ORDERED that the State of California and Derral G. Adams, Warden of Corcoran State Prison, grant good time and work time sentence credits to Robert Sanchez, CDCR No. P-51892, not to exceed 20%, so that, if warranted based on those credits, he is entitled to parole eligibility after serving 20 years of his sentence.

Dated: _____     _____
                                                                                    Susan Illston
                                                                                    District Court Judge